**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTER'S PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPTENTERS' HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 06-316ML

CLASSIC LATH & PLASTERING and FRAGATA CONSTRUCTION CO., INC.
*Defendants*.

**MOTION TO WITHDRAW TEMPORARY RESTRAINING ORDER**

Plaintiffs Boards of Trustees and Donald Lavin, in their official capacity, hereby withdraw their Motion for Temporary Restraining Order, without prejudice, until such time as they are able to locate and serve Defendants.

Granted.
Mary M. Lisi
USDJ 7/19/06

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
Tel. (401) 294-4700
Fax (401) 294-4702