**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTER'S PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPTENTERS' HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 06-316ML

CLASSIC LATH & PLASTERING and FRAGATA CONSTRUCTION CO., INC.
*Defendants*.

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs hereby file this statement in response to this Court's November 29, 2006 show cause order in the above-captioned matter. In support thereof Plaintiffs state as follows:

1. On or about July 13, 2006, Plaintiffs filed the instant action.

2. Plaintiffs have been attempting to locate Defendants for the last five months. They have attempted to serve the registered agent of Classic Lath & Plastering and Fragata Construction at various addresses in Massachusetts, including the companies' business addresses and the agent's last known addresses. The constables attempting to serve the agent were told by neighbors that the companies were no longer in operation and that the registered agent and president, Octavio Fragata, recently moved to Florida, either permanently or temporarily.

3. Plaintiffs have recently located an address for Octavio Fragata in Florida and are currently attempting to serve him there.

Rhode Island Carpenters
Benefit Funds, et. al.
By their attorneys,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Response to Show Cause Order on December 15, 2006. The Response is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens