UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTER'S PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPENTERS' HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds

v. CA 06-316 ML

CLASSIC LATH & PLASTERING and FRAGATA CONSTRUCTION CO., INC.

ORDER

On November 29, 2006, this Court issued an order to show cause why the case should not be dismissed for lack of prosecution. On December 15, 2006, Plaintiffs filed their response. Plaintiffs have met their burden. Plaintiffs are ordered to file a proof of service on or before January 31, 2007.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
December 18, 2006