UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTERS' PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPENTERS' HEALTH FUND, Through their Trustee and DONALD LAVIN, in his office capacity and as Co-Administrator of the Funds

vs. C.A. NO: 06-316ML

CLASSIC LATH & PLASTERING and FRAGATA CONSTRUCTION CO., INC.

ORDER

On December 18, 2006 an Order was entered ordering the plaintiffs to file proof of service on or before January 31, 2007 or the above-captioned case would be dismissed without prejudice for lack of prosecution. The time alloted having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
February 16 , 2007

Entered as an Order of this Court on February 16, 2007

Barbara Barletta
Deputy Clerk